| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013096 | **DATE** 05/29/2026 |
|---|---|---|---|---|

| **NAME** WRIGHT, Darius D. | | **OFFICER** Courtney Wilson | **JUDGE** Shalina D. Kumar | **DOCKET #** 25CR-20585-001 |
|---|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 12/03/2020 **COMMENCED** 04/03/2024 **EXPIRATION** 04/02/2029 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** V | **TOTAL OFFENSE LEVEL** 21 | **PHOTO**  |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Anthony Vance | | **DEFENSE ATTORNEY** To Be Determined | | |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. §§ 846, 841(a)(1), and 21 U.S.C. § 841 [Lesser Included Offense] Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of Fentanyl, and 100 Grams or More of Heroin

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 70 months, to be followed by a five-year term of supervised release. This sentence shall be served consecutively to any sentence that may be imposed for the pending charges in the 67th District Court, in Genesee County, Michigan, Docket Number 19G01318. This sentence shall be served concurrently with any sentence imposed for the pending charges in Knox County General Sessions Court, in Knoxville, Tennessee, Docket 's 1322596, and 1322597, and 1322629.

Name of Sentencing Judicial Officer: Honorable Harry S. Mattice, Jr., Eastern District of Tennessee. Jurisdiction was accepted by the Honorable Shalina D. Kumar on April 18, 2024.

**Modification:** Special Condition added: Signed on 07/03/2025 by Honorable Harry S. Mattice, Jr

"YOU SHALL BE PLACED ON CURFEW FOR A PERIOD OF FOUR (4) MONTHS, TO COMMENCE WITHIN 30 DAYS OF THE DATE OF THIS JUDGEMENT. DURING THAT TIME, YOU ARE RESTRICTED TO YOUR RESIDENCE EVERY DAY FROM 9 P.M. TO 6 A.M. OR AS DIRECTED BY THE SUPERVISING OFFICER. YOU SHALL BE MONITORED BY A FORM OF LOCATION MONITORING TECHNOLOGY, WHICH IS AT THE DISCRETION OF THE SUPERVISING OFFICER, AND YON SHALL OBSERVE THE RULES SPECIFIED BY THE PROGRAM AND THE SUPERVISING OFFICER."

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 000013096 | DATE 05/29/2026 |
|---|---|---|---|---|

| NAME WRIGHT, Darius D. | OFFICER Courtney Wilson | JUDGE Shalina D. Kumar | DOCKET # 25CR-20585-001 |
|---|---|---|---|

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant must participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

2. You shall submit your person, property, house, residence, office, vehicle, papers, [computers (as defined in Title 18 U.S.C. §1030(e)(1), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid)

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

On March 10, 2026, Darius WRIGHT was arrested by the Knox County Sheriff Office (Knoxville, Tennessee) for Maintaining a Dwelling for Drug Use; Simple Possession/Casual Exchange (two counts).

The police report details Knox County Sheriff's Office Narcotics Unit were serving a search warrant at 3348 Lake Brook Blvd. After serving the warrant, officers observed a silver Chevrolet sedan (FL tag 44D-QDH) parked in front of the target apartment and had a single occupant in the driver's seat, later identified as WRIGHT. Upon contacting WRIGHT officers observed a bag of marijuana in the front passenger seat in plain view. WRIGHT was instructed to exit the vehicle. An additional search of the vehicle revealed two hydrocodone 10 mg pills located in the driver's door armrest. WRIGHT stated that the marijuana and hydrocodone were his, and that he has a prescription for the hydrocodone, but left the bottle at home. WRIGHT further stated that prior to the interaction, he was smoking marijuana in the vehicle. WRIGHT was placed in custody and transported to the local jail. WRIGHT was released from jail and placed bond on March 12, 2026.

The following charges have been filed with Criminal, General Sessions - Criminal, and Fourth Circuit Court Clerk Knox County, Tennessee; for three counts: Simple Poss/casual exchange (Marj <1/2 oz or 14.175 grams); Maintaining Dwelling for Drug Use; and Simple Poss/Casual exchange. He was scheduled to appear for a Preliminary Hearing on May 13, 2026. The next

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013096 | **DATE** 05/29/2026 |
|---|---|---|---|---|

| **NAME** WRIGHT, Darius D. | **OFFICER** Courtney Wilson | **JUDGE** Shalina D. Kumar | **DOCKET #** 25CR-20585-001 |
|---|---|---|---|

hearing is scheduled for June 17, 2026.

**2**   **Violation of Mandatory Condition:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

On March 10, 2026, WRIGHT was arrested and found in possession of marijuana and hydrocodone pills. WRIGHT provided a prescription on May 12, 2026; however, there were no dates shown on the document.

On April 10, 2025, WRIGHT was found in possession of marijuana and promethazine by Michigan State Police.

**3**   **Violation of Standard Condition:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER."

On April 10, 2025, at 2:05 a.m., the Michigan State Police conducted a traffic stop on a vehicle traveling at a high rate of speed. According to the officer, WRIGHT sped away out of sight. The officer advised he attempted to catch up with WRIGHT; however, WRIGHT continued to travel at a high rate of speed before coming to a stop. The officers established contact with the driver, Darius WRIGHT, and a passenger, who is also a felon. While questioning both parties, the officers observed and smelled an actively burning marijuana joint in a plastic ashtray in the vehicle. Both subjects were instructed to exit the vehicle, at which time a black magazine loaded with ammunition was observed in the front passenger door pocket. A subsequent search of the vehicle produced the prescription medication promethazine. Neither subject had a prescription for promethazine. WRIGHT told this officer it was his mother's prescription. WRIGHT admitted to using the controlled substance to officers. Both subjects were determined to be convicted felons. No charges have been filed against WRIGHT. Michigan State Police advised there is insufficient evidence. WRIGHT was found in possession of marijuana, promethazine; and was in contact with a convicted felon without permission.

**4**   **Violation of Standard Condition:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."

On February 15, 2025, WRIGHT was pulled over by Mt. Juliet (Tennessee) Police Department traveling 90 MPH, in a 70 MPH zone. Additionally, the officer noted a small amount of marijuana, lots of cash (unknown amount) and the car smelled like marijuana. The police officer called this probation officer on the same date to report the information. No ticket was given, and he was allowed to leave the scene. WRIGHT did not have permission to leave the Eastern District

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000013096 | **DATE** 05/29/2026 |
|---|---|---|---|---|

| **NAME** WRIGHT, Darius D. | **OFFICER** Courtney Wilson | **JUDGE** Shalina D. Kumar | **DOCKET #** 25CR-20585-001 |
|---|---|---|---|

of Michigan. Additionally, WRIGHT admitted to being out of the state without permission.

**5**    **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

On January 7, 2025 (diluted sample), April 30, 2025, and April 6, 2026, WRIGHT tested positive for marijuana and recently admitted to continuously smoking marijuana. This is also reflected in violation number one.

**6**    **Violation of Standard Condition:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED OF A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING THE PERMISSION OF THE PROBATION OFFICER."

On December 5, 2024, at approximately 2:24 A.M. WRIGHT was driving a vehicle, with two other males on federal supervised release, Diallo Peacock and Marelle Dye. WRIGHT did not have permission from the probation department to communicate or interact with these two other males. It should be noted both other males were on supervised release for Conspiracy to Distribute Controlled Substances; and both were arrested in Tennessee for Distributing Controlled Substances on separate occasions.

**7**    **Violation of Standard Condition:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS."

On December 5, 2024, at approximately 2:24 A.M. WRIGHT was driving a vehicle, that was stopped by the Michigan State Police troopers, in Flint Michigan near Bond and Rankin Steet. During this stop, all passengers were stopped and searched. Mr. Wright failed to notify this officer about the police contact.

| **I declare under penalty of perjury that the foregoing is true and correct.** PROBATION OFFICER<br><br>s/Courtney Wilson/lnb<br>(810) 341-7884 | **DISTRIBUTION**<br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br><br>s/Warren L. Henson<br>(810) 341-7861 | **PROBATION ROUTING**<br><br>Data Entry |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>000013096 | DATE<br>05/29/2026 |
|---|---|---|---|---|
| NAME<br>WRIGHT, Darius D. | OFFICER<br>Courtney Wilson | JUDGE<br>Shalina D. Kumar | DOCKET #<br>25CR-20585-001 | |

**THE COURT ORDERS:**

[ X ]    The issuance of a summons

[  ]    Other

s/Shalina D. Kumar
United States District Judge

6/3/2026
Date

Page **5** of **5**